UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00120 |
| | ) | JUDGE SHARP |
| MARQUIS ANTWON ANDERSON | ) | |

**O R D E R**

The revocation hearing scheduled for April 15, 2015, is hereby continued to Tuesday, April 28, 2015, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE